

# NUMBER 13-25-00072-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**JESSICA CAMPBELL,** **Appellant,**

**v.**

**MAGED GERGAWY,** **Appellee.**

---

## ON APPEAL FROM THE COUNTY COURT AT LAW NO. 1
## OF TARRANT COUNTY, TEXAS

---

## MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices West and Fonseca**
**Memorandum Opinion by Chief Justice Tijerina**

This matter is before the court on appellant's failure to file a brief.[1]  Appellant's brief

was due to be filed on or before May 9, 2025. On May 27, 2025, the Clerk of the Court

---

[1] This case is before the Court on transfer from the Second Court of Appeals in Fort Worth pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001.

notified appellant that her brief was past due. Appellant was further notified that if she failed to reasonably explain the failure to file a brief within ten days from the date of the notice, the appeal shall be dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c).

On June 23, 2025, the Clerk of the Court sent appellant notice that her brief was past due. Appellant was further notified that if she failed to reasonably explain the failure to file a brief within ten days from the date of the notice, the appeal shall be dismissed for want of prosecution. *See id.* This notice was entitled final notice and was sent via email and certified mail return receipt requested. On July 14, 2025, the clerk's final notice was returned to sender and marked "return to sender," "attempted-not known," and "unable to forward."

Texas Rule of Appellate Procedure 9.1(b) requires unrepresented parties to sign any document filed and "give the party's mailing address, telephone number, fax number, if any, and email address." *See id.* R. 9.1(b). The clerk's office does not have a telephone number for appellant, and the district clerk did not have any additional contact information for the appellant.

Furthermore, Texas Rule of Appellate Procedure 42.3 permits an appellate court, on its own initiative after giving ten days' notice to all parties, to dismiss the appeal for want of prosecution or for failure to comply with a requirement of the appellate rules. *See id.* R. 42.3(b), (c). Accordingly, we dismiss the appeal for want of prosecution. *See id.*

JAIME TIJERINA
Chief Justice

Delivered and filed on the
31st day of July, 2025.

2